IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHYLEINA HERRON and CORY HERRON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 17-cv-826 ) |
| E.W. SCRIPPS COMPANY, et al., | ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants E.W. Scripps Company and Scripps Media, Inc., move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of the Civil Procedure, to dismiss Plaintiffs' Petition for failure to state a claim upon which relief can be granted. In support of their motion, Defendants rely on the attached declaration of Carrie Hofmann. In addition, memorandum in support of the motion is being filed herewith.

Respectfully submitted,

LATHROP GAGE LLP

By: /s/Bernard J. Rhodes
Bernard J. Rhodes    MO #29844
Taryn A. Nash       MO #70271
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2684
Tele: (816) 292-2000
Fax: (816) 292-2001
Email: brhodes@lathropgage.com
       tnash@lathropgage.com

ATTORNEYS FOR DEFENDANTS E.W. SCRIPPS COMPANY AND SCRIPPS MEDIA, INC.

## **CERTIFICATE OF SERVICE**

      I certify that on this 3rd day of October, 2017, a copy of the above pleading was filed using the CM/ECF system and served by email to the following counsel of record:

Arthur A. Benson II
Jamie Kathryn Lansford
Arthur Benson & Associates
4006 Central Avenue
Kansas City, MO 64111
abenson@bensonlaw.com
jlansfor@bensonlaw.com

                                         /s/Bernard J. Rhodes
                                         An Attorney for Defendants