IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHYLEINA HERRON and<br>CORY HERRON,<br><br>      Plaintiffs,<br><br>v.<br><br>E.W. SCRIPPS COMPANY, et al.,<br><br>      Defendants. | Case No. 17-cv-826 |

## DECLARATION OF CARRIE HOFMANN

I, Carrie Hofmann, declare:

1. I am the News Director at KSHB-TV, a position I have held since 2013.

2. Attached as Exhibit 1 is a CD which contains a video recording of the news report from KSHB's 10:00 p.m. newscast on October 24, 2016 concerning Mario Antoine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3 day of October, 2017.

*/s/ Carrie Hofmann*
Carrie Hofmann

27825013v1