IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **CHYLEINA HERRON** and **CORY HERRON,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 17-cv-826 ) |
| **E.W. SCRIPPS COMPANY, et al.,** | ) ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendants E. W. Scripps Company and Scripps Media, Inc., state as follows:

1. Defendant Scripps Media, Inc., is a wholly-owned subsidiary of Defendant E.W. Scripps Company.

2. Defendant E.W. Scripps Company is a publicly held corporation which has no parent and no publicly held corporation owns 10% or more of its stock.

3. Neither Defendant has any affiliates or subsidiaries which have issued shares to the public (other than E.W. Scripps Company, as noted above).

Respectfully submitted,

LATHROP GAGE LLP

By: /s/Bernard J. Rhodes
Bernard J. Rhodes       MO #29844
Taryn A. Nash           MO #70271
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2684
Tele: (816) 292-2000
Fax: (816) 292-2001
Email: brhodes@lathropgage.com
       tnash@lathropgage.com

ATTORNEY FOR DEFENDANTS E.W. SCRIPPS COMPANY AND SCRIPPS MEDIA, INC.

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of October, 2017, a copy of the above pleading was filed using the CM/ECF system and served by email on the following counsel of record:

Arthur A. Benson II
Jamie Kathryn Lansford
Arthur Benson & Associates
4006 Central Avenue
Kansas City, MO 64111
abenson@bensonlaw.com
jlansfor@bensonlaw.com

/s/Bernard J. Rhodes
An Attorney for Defendants

2