# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 28, 2018

Ms. Jamie Kathryn Lansford
ARTHUR BENSON & ASSOCIATES
4006 Central
Kansas City, MO  64111

RE:  18-2847  Chyleina Herron, et al v. E.W. Scripps Company, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc: Mr. Arthur Benson
    Mr. Bernard J Rhodes
    Ms. Paige Wymore-Wynn

District Court/Agency Case Number(s):   4:17-cv-00826-FJG

**Caption For Case Number: 18-2847**

Chyleina Herron; Cory Herron

        Plaintiffs - Appellants

v.

E.W. Scripps Company, an Ohio Corporation; Scripps Media, Inc., a Delaware Corporation and Subsidiary of E.W. Scripps Company; John Doe I, a Missouri resident and employee and/or agent of E.W. Scripps Company and/or Scripps Media, Inc., who has responsibility for the reporting, production, editing and/or airing of television news reports at KSHB-TV and KMCI-TV; Jane Doe I, a Missouri resident and employee and/or agent of E.W. Scripps Company and/or Scripps Media, Inc., who has responsibility for the reporting, production, editing and/or airing of television news reports at KSHB-TV and KMCI-TV

        Defendants - Appellees

**Addresses For Case Participants: 18-2847**

Ms. Jamie Kathryn Lansford
ARTHUR BENSON & ASSOCIATES
4006 Central
Kansas City, MO  64111

Mr. Arthur Benson
ARTHUR BENSON & ASSOCIATES
4006 Central
Kansas City, MO  64111

Mr. Bernard J Rhodes
LATHROP & GAGE
Suite 2200
2345 Grand Boulevard
Kansas City, MO  64108-0000

Ms. Paige Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000